# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0669
LT Case No. 2021-CF-010881

_____

CHRISTIAN M. YUMA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Olivia M. Goodman, of O'Brien Hatfield, P.A, Tampa, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daren L.
Shippy, Assistant Attorney General, Tallahassee, for Appellee.

June 18, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____